# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MARTIN WEEKS, JR., | : | No. 577 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| G&E REAL ESTATE MANAGEMENT | : | |
| SERVICES, INC. D/B/A NEWMARK | : | |
| GRUBB KNIGHT FRANK; PLB | : | |
| PARTNERS, LP; ABLE ENGINEERING | : | |
| SERVICES, INC. D/B/A CROWN | : | |
| ENERGY SERVICES, INC. OF | : | |
| CALIFORNIA AND GCCFC 2007-GG9 | : | |
| MALL OFFICE LIMITED PARTNERSHIP, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.